CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jorge CASAHONDA Padilla**<br>DOB: 1982; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**23-03107MJ** |
| Complaint for violation of Title 18, United States Code, § 554(a) | |

On or about August 4, 2023, in the District of Arizona, **Jorge CASAHONDA Padilla** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: ten (10) Pioneer Arms AK-47 rifles and twenty (20) 30 round 7.62 x 39 magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 4, 2023, at approximately 3:46 p.m. **Jorge CASAHONDA Padilla** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a 2015 Kia Soul bearing an Arizona plate driven by sole occupant **Jorge CASAHONDA Padilla**. CBPOs obtained a negative outbound declaration from **CASAHONDA**, to include firearms, ammunition, and any currency more than $10,000. The vehicle was driven to the x-ray inspection area where anomalies could be seen in the spare tire area of the trunk. A firearms canine alerted to an odor he is trained to detect at the spare tire area of the vehicle. A subsequent inspection of the vehicle revealed ten (10) Pioneer Arms AK-47 rifles and twenty (20) 30 round 7.62 x 39 magazines. Each rifle had a folded stock and was wrapped in cellophane plastic along with two magazines. The rifles were wrapped in a gray blanket, and the blanket was wrapped in cellophane. The vehicle was not registered to **CASAHONDA**.

Homeland Security Investigations (HSI) agents who responded to investigate learned that **CASAHONDA** entered the United States through the DeConcini pedestrian area at approximately 8:32 a.m. earlier in the day. **CASAHONDA** told one CBPO then that he came to the U.S. to eat at Carl's Jr and told another CBPO he was coming from the Circle K. **CASAHONDA's** cell phone died shortly after receiving at least four calls from an unidentified caller while agents were obtaining biographical information. **CASAHONDA's** cell phone also had multiple missed calls on WhatsApp from an unsaved Mexican number.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA R. Arellano _Raquel Arellano_ Digitally signed by RAQUEL ARELLANO Date: 2023.08.06 21:47:26 -07'00' | SIGNATURE OF COMPLAINANT<br>ELIZABETH M GUGGISBERG  Digitally signed by ELIZABETH M GUGGISBERG Date: 2023.08.07 08:46:23 -06'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Elizabeth Guggisberg |
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>_Angela M. Martinez_ | DATE<br>August 7, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED)** 23-03107MJ

The firearms and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **CASAHONDA** does not possess a license to export firearms or magazines into Mexico.



