```
GARY M. RESTAINO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff
```

FILED
2023 AUG 30 PM 5:18
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01307 TUC-RCC(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §§ 554(a) and 2 (Attempted Smuggling of Goods from the United States and Aiding and Abetting) Count 1 |
| Jorge Casahonda Padilla, | |
| Defendant. | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about August 4, 2023, in the District of Arizona, near Nogales, the defendant, JORGE CASAHONDA PADILLA, did fraudulently, knowingly and intentionally attempt to export and send from the United States, any merchandise, article, or object contrary to any law or regulations of the United States, and received, concealed, bought and in any manner facilitated the transportation, and concealment of such merchandise, article or object, that is:

- Ten (10) Pioneer Arms 7.62x39mm caliber rifles; and
- Twenty (20) 30-round 7.62x39mm caliber magazines;

knowing the same to be intended for exportation, contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, Title 15, Code of Federal

Regulations, Parts 736.2. 738, and 774.

All in violation of Title 18, United States Code, Sections 554(a) and 2.

### FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendant, JORGE CASAHONDA PADILLA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 50, United States Code, Section 4819(d)(1)(C), any firearms and ammunition involved in the commission of the offense and any property constituting an item that is exported or intended to be exported in violation of the offense, including, but not limited to: ten (10) Pioneer Arms 7.62x39mm caliber rifles, and twenty (20) 30-round 7.62x39mm caliber magazines.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

///

///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: August 30, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
SERRA M. TSETHLIKAI
Assistant U.S. Attorney

*United States of America v. Jorge Casahonda Padilla*
*Indictment Page 3 of 3*